(Post. 3/25/13)

# United States District Court
## *Eastern District of Arkansas*

JIM WATSON, et al.

**NOTICE**

v.

MARK MARTIN, et al.

CASE NUMBER: 4:16-cv-00809 JM

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4A |
| | DATE AND TIME |
| | November 4, 2016 at 11:00 a.m. |

**TYPE OF PROCEEDING**

Hearing on Plaintiff's Complaint for Temporary Restraining Order before United States District Judge James M. Moody, Jr.  Pursuant to Amended General Order No. 54, counsel are authorized to bring electronic device(s) to the courthouse for this proceeding.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4A | |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

11/03/2016

/s/ Tracy M. Washington

DATE

(BY) DEPUTY CLERK

To: