# NOTICE

# PURSUANT TO COURT ORDERS, VOTES FOR THE FOLLOWING MEASURES WILL NOT BE COUNTED OR CERTIFIED:

Issue 4

An Amendment to Limit Attorney Contingency Fees and Non-Economic Damages in Medical Lawsuits

Issue 5

An Amendment to allow three casinos to operate in Arkansas, one each in the following counties: Boone Bounty, operated by Arkansas Gaming and Resorts, LLC; Miller County, operated by Miller County Gaming, LLC; and Washington County, operated by Washington County Gaming, LLC

Issue 7

The Arkansas Medical Cannabis Act

State Board's Exhibit A