IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JIM WATSON, et al.**                                                          **PLAINTIFFS**

**VS.**                  **4:16CV00809 JM**

**MARK MARTIN, et al.**                                                **DEFENDANTS**

### ORDER

For the reasons stated on the record, Plaintiffs' motion for Temporary Restraining Order is denied.

IT IS SO ORDERED this 4th day of November, 2016.

_____
James M. Moody Jr.
United States District Judge