

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## WESTERN (LITTLE ROCK) DIVISION

| | |
|---|---|
| JIM WATSON, CYNDE WATSON, and<br>SHARON BOEHM HUSSMAN | PLAINTIFFS |
| V.   NO. 4:16-CV-809-JM | |
| HONORABLE MARK MARTIN in his official<br>capacities as Secretary of State, and<br>Chairman of the State Board of Election<br>Commissioners; RHONDA COLE, C.S. WALKER,<br>JAMES HARMON SMITH, III, STUART SOFFER,<br>CHARLES ROBERTS, and CHAD PEKRON, as<br>Members of the State Board of Election<br>Commissioners | DEFENDANTS |

### DEFENDANT, HONORABLE MARK MARTIN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Comes now Honorable Mark Martin, Defendant, in his official capacities as Secretary of State for the State of Arkansas and Chairman of the Arkansas State Board of Election Commissioners, for his Motion to Dismiss, and states:

1. The Court should dismiss the Complaint.

2. The Court lacks subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1).

3. The Court lacks personal jurisdiction over Respondent Mark Martin in his official capacity as Chairman of the State Board of Election Commissioners. Fed. R. Civ. P. 12(b)(2).

4. There has been insufficiency of process and service of process upon Defendant Mark Martin in his official capacity as Chairman of the State Board of Election Commissioners. Fed. R. Civ. P. 12(b)(3) and (4).

5. Plaintiffs fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

6. Plaintiffs have failed to include necessary parties, in particular the County Clerks of each of the seventy-five counties in Arkansas, and the County Boards of Election Commissioners in each of the seventy-five counties in Arkansas. Fed. R. Civ. P. 12(b)(7); Fed. R. Civ. P. 19(a)(1)(A).

7. Defendant, Honorable Mark Martin, asks the Court to dismiss the Complaint against him in both of his official capacities as Secretary of State and as Chairman of the State Board of Election Commissioners; to deny Plaintiffs any of the relief they seek; and to grant Defendant Secretary the relief requested herein.

**WHEREFORE**, Defendant, Honorable Mark Martin, Secretary of State and Chairman of the State Board of Election Commissioners, prays that the Court grant him the relief he seeks herein; that the Court deny Plaintiffs any of the relief they seek; and that the Court dismiss the Complaint.

Dated this 8th day of November 2016.

Respectfully submitted,

**HONORABLE MARK MARTIN**
In his Official Capacities as

Secretary of State and
Chairman of the State Board of
Election Commissioners, **Defendant**

By: _____
A.J. Kelly
General Counsel and
Deputy Secretary of State
AB No. 92078
PO Box 251570
Little Rock, AR 72225-1570
(501) 682-3401
Fax: (501) 682-1213
kellylawfedecf@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of November, 2016, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF):

Jack Wagoner III
Angela Mann
James Harrison Kemp
Kolton Jones
Wagoner Mann & Kemp, PLLC
1320 Brookwood, Suites D & E
Little Rock, AR 72202

And

Colin R. Jorgenson
Arkansas Attorney General's Office
323 Center Street – Suite 200
Little Rock AR 72201

_____
AJ Kelly

3