# IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS
# CIVIL DIVISION

**JIM WATSON, et al.**                                                                  **PLAINTIFFS**

Case No 4:16-cv-00809-JM

vs.

**MARK MARTIN, et al.**                                                                 **DEFENDANTS**

---

## PLAINTIFFS' MOTION TO DISMISS

Plaintiffs, for their Motion to Dismiss, state:

1. On November 8, 2016, the voters of the State of Arkansas passed Issue 6 with approximately 53% of the people voting on the issue voting in favor of it.

2. Plaintiff believes that the issues set forth in the original complaint filed in this action are now moot.

3. For the reasons set forth above, Plaintiff voluntarily moves that the Court enter an Order voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff prays that the Court enter an Order dismissing this action without prejudice.

Respectfully submitted,

Jack Wagoner III

By: _____
Jack Wagoner, III A.B.A. # 89096
Wagoner Mann & Kemp, PLLC
1320 Brookwood, Suites D & E
Little Rock, AR 72202
Phone: (501) 663-5225
Email: jack@wagonerlawfirm.com

## CERTIFICATE OF SERVICE

I, Jack Wagoner III, do hereby certify that a copy of the foregoing has been sent via CM/ECF system, which will provide service upon registered users, on this 10th day of November, 2016, to the following parties:

Colin Jorgensen
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3997
Fax: (501) 682-2591
Email: colin.jorgensen@arkansasag.gov

AJ Kelly
Deputy Secretary of State & General Counsel
500 Woodlane Street, Suite 256
Little Rock, AR 72201