# IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS
# CIVIL DIVISION

**JIM WATSON, et al.**                                                                 **PLAINTIFFS**

Case No 4:16-cv-00809-JM

vs.

**MARK MARTIN, et al.**                                                                **DEFENDANTS**

## PLAINTIFFS' BRIEF IN SUPPORT OF VOLUNTARY DISMISSAL

Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted,

Jack Wagoner III

By: /s/ Jack Wagoner
Jack Wagoner, III A.B.A. # 89096
Wagoner Mann & Kemp, PLLC
1320 Brookwood, Suites D & E
Little Rock, AR 72202
Phone: (501) 663-5225
Email: jack@wagonerlawfirm.com

## CERTIFICATE OF SERVICE

I, Jack Wagoner III, do hereby certify that a copy of the foregoing has been sent via CM/ECF system, which will provide service upon registered users, on this 10th day of November, 2016, to the following parties:

Colin Jorgensen
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3997
Fax: (501) 682-2591
Email: colin.jorgensen@arkansasag.gov

AJ Kelly
Deputy Secretary of State & General Counsel
500 Woodlane Street, Suite 256
Little Rock, AR  72201