IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIM WATSON, CYNDE WATSON, and
SHARON BOEHM HUSSMAN                                                    PLAINTIFFS

V.                                        4:16CV00809 JM

MARK MARTIN, Arkansas Secretary
of State and Chairman of the State
Board of Election Commissioners,
RHONDA COLE,
C.S. WALKER,
JAMES HARMON SMITH, III,
STUART SOFFER,
CHARLES ROBERTS, and
CHAD PEKRON, as board Members
of the State Board of Election Commissioners                            DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Pending is Plaintiffs' motion to voluntarily dismiss this case. (Docket #12). For good cause shown, the motion is GRANTED. This case is hereby dismissed without prejudice. All pending motions are denied as moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of November, 2016.

_____
James M. Moody Jr.
United States District Judge